FILED

2013 OCT -9  PM 1: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

1  Mitchell J. Popham (SBN: 126194)
2  mpopham@lockelord.com
   Lilian M. Khanjian (SBN:  259015)
3  lkhanjian@lockelord.com
4  **LOCKE LORD LLP**
   300 South Grand, Suite 2600
5  Los Angeles, CA  90071
   Telephone:  213.485.1500
6  Facsimile:   213.485.1200
7

8
   Attorneys for Plaintiff
9  **GREAT AMERICAN LIFE INSURANCE COMPANY**

10

11                 **UNITED STATES DISTRICT COURT**

                   **CENTRAL DISTRICT OF CALIFORNIA**

13  GREAT AMERICAN LIFE INSURANCE        )  CASE NO. **CV13-07481 PSG**
14  COMPANY, an Ohio corporation,        )           (ASx)
                                         )
15                                       )  **COMPLAINT FOR**
                         Plaintiff,      )  **INTERPLEADER AND**
16                                       )  **INJUNCTIVE RELIEF**
                                         )
17      vs.                              )
                                         )
18  ERIC CARL KREIS, an individual; PETER)
19  ZAMBOUROS, as executor of the ESTATE )
    OF POLLY KESSEN; and DOES 1 through  )
20  10, Inclusive,                       )
                                         )
21                                       )
                         Defendants.     )
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25  _____  )

26                       **NATURE OF CLAIM**

27      1.      Plaintiff Great American Life Insurance Company ("GALIC") brings this

28  complaint for interpleader and injunctive relief against Eric Carl Kreis, an individual

LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

COPY

1
COMPLAINT FOR INTERPLEADER AND INJUNCTIVE RELIEF

1  ("Kreis or Named Beneficiary") and Peter Zambouros, in his capacity as Executor of

2  the Estate of Polly Kessen ("The Estate"), and DOES 1 through 10, inclusive,

3  regarding a dispute over who should receive death benefits under a particular annuity

4  contract.

## PARTIES

6  2.      GALIC is a corporation organized and existing under the laws of the

7  State of Ohio with its principal place of business in the State of Ohio.

8  3.      On information and belief, defendant Kreis is an individual residing in

9  Ventura County, California, is the former spouse of the decedent insured, and is listed

10  as the beneficiary of the subject annuity contract.

11  4.      On information and belief, defendant Peter Zambouros is an individual

12  residing in Queens County, New York and has been appointed as the Executor of the

13  Estate of Polly Kessen, the deceased annuitant.

14  5.      The true names and capacities, whether individual, corporate, associate or

15  otherwise, of Defendant DOES 1 through 10, inclusive, are unknown to GALIC who

16  therefore sues said defendants by such fictitious names.  GALIC will amend this

17  complaint to allege their true names and capacities when ascertained.  GALIC is

18  informed and believes and thereon alleges that each of these fictitiously named

19  defendants is making or has a claim to the funds herein described which is conflicting

20  with the claims of defendants herein and which may subject GALIC to vexatious

21  litigation with respect to such funds.  GALIC is informed and believes and thereon

22  alleges that DOES 1 through 10 are residents and citizens of the State of California.

## JURISDICTION AND VENUE

24  6.      The Court has subject matter jurisdiction over this controversy pursuant

25  to the principles set forth in 28 U.S.C. § 1335 as the value of the property at issue

26  exceeds $500.00 and in that plaintiff is a resident of the state of Ohio, while at least

27  one defendant is a resident of California, and, defendants have adverse claims.

28  7.      This Court has personal jurisdiction over this matter in that defendants

*Locke Lord LLP*
*300 South Grand Avenue, Suite 2600*
*Los Angeles, CA 90071*

COMPLAINT FOR INTERPLEADER AND INJUNCTIVE RELIEF

1    are making claims regarding an annuity contract issued in California to a California

2    annuitant.

3         8.    Venue is appropriately placed in the Central District of California

4    pursuant to 28 U.S.C. § 1391 as at least one claimant resides in this judicial district.

5                                    **FACTS**

6         9.    Decedent Polly Kessen (the "Annuitant" or "decedent") was the owner

7    and annuitant under a tax qualified, flexible premium GALIC deferred annuity,

8    GALIC Contract No. 04314308, which was issued in the State of California with an

9    effective date of April 15, 1987 (the "Annuity"). Annuitant initially paid $2,000 (Two

10   Thousand Dollars). The application for the Annuity listed Eric Carl Kreis as the

11   Beneficiary of the Annuity and did not list any contingent beneficiaries. At the time,

12   Polly Kessen and Eric Kreis were residents of California. GALIC is now in the

13   possession and control of the death benefits due under the Annuity as well as any

14   unprocessed premium, unapplied cash and accrued interest which may apply, the total

15   of which constitutes the total death benefits payable under the Annuity.

16        10.   On information and belief, Annuitant died on or about December 8, 2006,

17   and the death benefits under the Annuity at that time of $12,319.44 became due and

18   payable.

19        11.   On or about November 5, 2010, the Estate notified GALIC of

20   Annuitant's death and advised that Kreis had pre-deceased Annuitant. GALIC

21   notified the Estate that if Kreis died more than 30 days after Annuitant, Kreis' estate

22   would be entitled to the proceeds. Pursuant to GALIC"s request, the Estate was

23   unable to provide a copy of Kreis' death certificate.

24        12.   On or about April 17, 2012, the Estate filed a claim for the proceeds of

25   the Annuity.

26        13.   On March 28, 2013, Kreis contacted GALIC by phone during which call

27   GALIC was first notified that Kreis was not deceased.

28        14.   On or about May 3, 2013, Kreis filed a claim for the proceeds of the

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

COMPLAINT FOR INTERPLEADER AND INJUNCTIVE RELIEF

1  Annuity.

2     15.   On information and belief, pursuant to the Judgment of Dissolution of

3  Marriage dated July 11, 2003 in connection with Kreis' and Annuitant's divorce

4  proceedings, the Annuity was awarded to Annuitant.  On information and belief,

5  Annuitant did not modify the beneficiary status of the Annuity, and Kreis remained

6  the primary beneficiary of the Annuity.

7     16.   Defendants' demands and potential demands upon GALIC for all or part

8  of the money described in paragraph ten herein are conflicting, including: a demand

9  by Kreis and by the Estate.

10    17.   GALIC therefore brings this action for interpleader pursuant to 28 U.S.C

11  section 1335 and the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") Rule 22 in

12  that defendants' conflicting claims and interests subject GALIC to multiple liability.

### CLAIM FOR RELIEF

14    18.   GALIC is unable to determine the validity of the conflicting independent

15  demands made by certain defendants as set forth herein and cannot determine to

16  whom the death benefits due under the Annuity are payable.

17    19.   GALIC would be subject to multiple liability if the death benefits due

18  under the Annuity, or any portion thereof, was delivered to any defendants listed

19  herein.

20    20.   GALIC claims no interest in the death benefits described in paragraph ten

21  herein and shall deposit the death benefits due under the Annuity with the clerk of this

22  Court pursuant to Fed. R. Civ. P. Rule 67.

23    21.   GALIC has incurred costs and reasonable attorney's fee in connection

24  with these proceedings and may incur additional costs and fees hereafter.

25  ///

26  ///

27  ///

28  ///

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

WHEREFORE, GALIC prays judgment as follows:

(1)   That defendants and each of them be ordered to interplead and litigate their claims to any portion of the benefits due under the Annuity;

(2)   That GALIC be discharged from liability to each of said defendants with respect to said money described in paragraph ten of this complaint;

(3)   That an injunction issue pursuant to 28 U.S.C. § 2283 enjoining any pending or future proceedings against GALIC by any and all defendants in any other court related to this matter;

(4)   That GALIC be awarded costs and reasonable attorney's fees as determined by the Court and to be paid to GALIC from the described funds hereafter deposited in accordance with the Court's instructions; and,

(5)   For such other and further relief as the Court deems just and proper.

Dated:  October 9, 2013

Respectfully submitted,

LOCKE LORD LLP

By: _____
Mitchell J. Popham
Lilian M. Khanjian
Attorneys for Plaintiff **GREAT AMERICAN LIFE INSURANCE COMPANY**

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Philip S. Gutierrez_____ and the assigned Magistrate Judge is _____Alka Sagar_____ .

The case number on all documents filed with the Court should read as follows:

## 2:13-CV-7481-PSG (ASx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____October 9, 2013_____
Date

By  MDAVIS _____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☐ Western Division
312 N. Spring Street, G-8
Los Angeles, CA 90012

☐ Southern Division
411 West Fourth St., Ste 1053
Santa Ana, CA 92701

☐ Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)                     NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
Lilian M. Khanjian (SBN: 259015)
lkhanjian@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Telephone:  213.485.1500; Facsimile: 213.485.1200
Attorneys for Plaintiff
GREAT AMERICAN LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>ERIC CARL KREIS, an individual; PETER ZAMBOUROS, as executor of the ESTATE OF POLLY KESSEN; and DOES 1 through 10, Inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13-07481**-PSG (AS)<br><br><br>**SUMMONS** |

TO:    DEFENDANT(S): ERIC CARL KREIS, an individual; PETER ZAMBOUROS, as executor of the ESTATE OF POLLY KESSEN; and DOES 1 through 10, Inclusive

A lawsuit has been filed against you.

Within    21    days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ⊠ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Mitchell J. Popham</u>, whose address is <u>300 South Grand Avenue, Suite 2600, Los Angeles, California  90071</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated:  OCT - 9 2013 _____

Clerk, U.S. District Court

By: _____
Deputy Clerk

*(Seal of the Court)*

1227

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                **SUMMONS**


American LegalNet, Inc.
www.FormsWorkFlow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
GREAT AMERICAN LIFE INSURANCE COMPANY, an Ohio corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
ERIC CARL KREIS, an individual; PETER ZAMBOUROS, as executor of the ESTATE OF POLLY KESSEN; and DOES 1 through 10, Inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
Mitchell J. Popham (SBN: 126194); Lilian Khanjian (SBN: 259015)
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213.485.1500; Facsimile: 213.485.1200

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No      ☒ **MONEY DEMANDED IN COMPLAINT:** $ "Costs and attorneys' fees"

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC 1335 Interpleader Action for Annuity Death Benefits

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☒ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

CV13-07481

**FOR OFFICE USE ONLY:**     Case Number: _____

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**VIM. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br><br>☐ Yes  ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br><br>☐ Yes  ☒ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br><br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br><br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| C.I. Is either of the following true? If so, check the one that applies: | C.2. Is either of the following true? If so, check the one that applies: |
|---|---|
| ☐ 2 or more answers in Column C<br><br>☐ only 1 answer in Column C and no answers in Column D<br><br>Your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question D, below.<br><br>If none applies, answer question C2 to the right. ➡ | ☐ 2 or more answers in Column D<br><br>☐ only 1 answer in Column D and no answers in Column C<br><br>Your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question D, below.<br><br>If none applies, go to the box below. ⬇ |

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Western |

American LegalNet, Inc.
www.FormsWorkFlow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CIVIL COVER SHEET

IX(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?      ☒ NO      ☐ YES

If yes, list case number(s): _____

IX(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case?      ☒ NO      ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)      ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT): _____      DATE: October 9, 2013

Lilian M. Khanjian

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

American LegalNet, Inc.
www.FormsWorkFlow.com